**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1670

PROGRESSIVE GULF INSURANCE COMPANY,

Plaintiff - Appellee,

v.

WILLIAM BURKE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Elizabeth Kay Dillon, District Judge. (7:18-cv-00293-EKD)

Submitted: December 17, 2019                    Decided: January 30, 2020

Before WILKINSON and DIAZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Burke, Appellant Pro Se. Christopher Alan Abel, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Burke appeals the district court's order granting summary judgment to the Appellee. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. *See Progressive Gulf Ins. Co. v. Burke*, No. 7:18-cv-00293-EKD (W.D. Va. May 10, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have not considered issues raised by Burke for the first time on appeal. *See L-3 Commc'ns Corp. v. Serco, Inc.*, 926 F.3d 85, 89 n.1 (4th Cir. 2019) (citing *Pornomo v. United States*, 814 F.3d 681, 686 (4th Cir. 2016)).